FILED
CLERK, U.S. DISTRICT COURT

MAR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO ERNIE SMITH, | ) NO. CV 05-1870-TJH (MAN) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| A.K. SCRIBNER, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3/4/08 .

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE